IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VINCENT E. BOYD,

          Plaintiff,

v.

CHRIS HEIL, TANIA REINDL, BRIAN FOSTER, MICHAEL BAENEN, LT. SWIEKATOWSKI, LT. VANLANEN, LT. VANDEWALLE, and WARDEN ECKSTEIN,

          Defendants.

ORDER

17-cv-209-wmc

The court is in receipt of plaintiff Vincent E. Boyd's "motion for leave to contact mother as a witness." (Dkt. #24.) By its caption, the motion appears intended to allow plaintiff to contact his motion for discovery purposes. If that is all that is intended, the motion is DENIED in part and RESERVED in part as follows. Plaintiff's request to contact his mother directly in violation of any existing order by DOC or other court is denied pending his providing a copy of all such existing orders. Plaintiff should also file with the court the *specific, written* discovery requests he has in the form of interrogatories and document requests, along with any contact information for his mother.

To the extent that plaintiff requests a preliminary injunction, removing the prison's "no contact" order for other purposes, he will need to bring a separate, formal motion to that effect, following the court's procedures to be filed on motions for injunctive relief, which specifically requires filing of proposed findings of facts, as set forth in the attached materials.

Entered this 17th day of July, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge