IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VINCENT E. BOYD, | |
|     Plaintiff, | **NOTICE OF APPEAL** |
| V. | **Case No. 17-CV-209-wmc** |
| CHRIS HEIL, et. al., | |
|     Defendants. | |

Notice is hereby given that Vincent E. Boyd, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the **Decision and Order** Granting Defendant's Motion for Summary Judgment, entered in this action by Judge William M. Conley on the 23rd day of October, 2020.

Plaintiff further asks that the court send him an affidavit of indigency form concerning all fees related to this appeal.

Respectfully submitted on this 28th day of October, 2020.

_____
Vincent E. Boyd
P.O. Box 19033
Green Bay, WI 54307