IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VINCENT E. BOYD,

    Plaintiff,

v.

                                                Case No. 17-cv-209-wmc

CHRIS HEIL, SARAH COOPER, TANIA
REINDL, BRIAN FOSTER, MICHAEL
BAENEN, LT. SWIEKATOWSKI, LT.
VANLANEN, LT. VANDEWALLE, and
WARDEN ECKSTEIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

February 4, 2022  
Date